TAYLOR
*v.*
STONE.

---

## FRELLSEN *v.* COPLEY.

No appeal will lie where the amount in dispute at the time of instituting the suit was less than three hundred dollars, though interest and costs, which have accrued since, raise the amount above that sum. Const. art. 63.

APPEAL from the District Court of Ouachita, *Selby*, J. *McGuire* and *Ray*, for the appellant. *Garrett* and *Purvis*, for the defendant. The judgment of the court was pronounced by

SLIDELL, J. We have no jurisdiction in this case. When the suit was instituted, the amount in dispute did not reach the sum of $300; and, even if the interest and costs since accrued would carry the claim to a sum exceeding $300, the case cannot be considered here. See *Coons* v. *Threlked*, 9 Rob. 153. *Mason* v. *Oglesby*, *ante* p. 793. Constitution, art. 63.

*Appeal dismissed.*